

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2021

No. 04-21-00250-CV

**IN RE WINN EXPLORATION COMPANY, INC**., C.A. Winn Family Enterprises, Ltd, Tom C. Winn Family Enterprises Ltd., & Southern Winn Family Enterprises, Ltd.,

Original Mandamus Proceeding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Relator has filed a petition seeking a writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court no later than July 12, 2021. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on June 22, 2021.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_____
Michael A. Cruz,
Clerk of Court